O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD M. CASTLE, JR.; AND MICHELLE J. CASTLE, HUSBAND AND WIFE, <br><br>Plaintiffs,<br><br>v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; WELLS FARGO BANK, NA; FANNIE MAE; AND DOES 1-100, INCLUSIVE,<br><br>Defendants. | Case No. EDCV 11-00538 VAP (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: August 16, 2011

                                                  VIRGINIA A. PHILLIPS
                                            United States District Judge